IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

**CARLOS A GONZALEZ ALVELO**

Debtor(s)

Case No.: 08-06178 (SEK)

Chapter 13

**TRUSTEE'S OBJECTION TO
DEBTOR'S MOTION FOR RECONSIDERATION OF DISMISSAL**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. Upon Motion to dismiss filed by the Trustee, this Honorable Court entered an Order dismissing the present case on July 2, 2010. **Docket # 29**

2. On July 12, 2010, Debtor filed a Request for Reconsideration of Dismissal. **Docket # 31**

3. The Trustee hereby opposes said reconsideration of dismissal. Debtor is still $507.00 in arrears under the confirmed plan, equivalent to two months.

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|---|---|---|---|---|
| 1 | 10/2008 | $155.00 | | $155.00 |
| 2 | 11/2008 | $155.00 | $310.00 | $0.00 |
| 3 | 12/2008 | $253.00 | $155.00 | $98.00 |
| 4 | 1/2009 | $253.00 | | $351.00 |
| 5 | 2/2009 | $253.00 | $508.00 | $96.00 |
| 6 | 3/2009 | $253.00 | | $349.00 |
| 7 | 4/2009 | $253.00 | $506.00 | $96.00 |
| 8 | 5/2009 | $253.00 | | $349.00 |
| 9 | 6/2009 | $253.00 | $253.00 | $349.00 |
| 10 | 7/2009 | $253.00 | | $602.00 |
| 11 | 8/2009 | $253.00 | $506.00 | $349.00 |
| 12 | 9/2009 | $253.00 | | $602.00 |
| 13 | 10/2009 | $253.00 | | $855.00 |
| 14 | 11/2009 | $253.00 | | $1,108.00 |
| 15 | 12/2009 | $253.00 | $759.00 | $602.00 |
| 16 | 1/2010 | $253.00 | $253.00 | $602.00 |
| 17 | 2/2010 | $253.00 | | $855.00 |
| 18 | 3/2010 | $253.00 | $506.00 | $602.00 |
| 19 | 4/2010 | $253.00 | | $855.00 |
| 20 | 5/2010 | $253.00 | $253.00 | $855.00 |
| 21 | 6/2010 | $253.00 | $253.00 | $855.00 |

| 22 | 7/2010 | $253.00 | $854.00 | $254.00 |
|----|--------|---------|---------|---------|
| 23 | 8/2010 | $253.00 |         | $507.00 |

**Total Delinquent Amount: $507.00**

    **WHEREFORE,** the Trustee respectfully requests this Honorable Court to take note of the Trustee's position, and that it DENY Debtor's motion for reconsideration of dismissal.

    **CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail **on this same date to:** the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

    In San Juan, Puerto Rico this **24**[th] day of August, 2010.

    **By: /s/ Juliel Pérez Méndez**
    **Staff Attorney**
    **USDC No. 223802**

    **JOSE R. CARRION**
    **CHAPTER 13 TRUSTEE**
    **P.O. Box 9023884**
    **Old San Juan Station**
    **San Juan, P.R. 00902-3884**
    **Tel (787) 977-3535**
    **Fax (787) 977-3550**

08-06178-SEK                   CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| OTTO E LANDRON PEREZ*<br>PO BOX 52044<br>TOA BAJA, PR 00950-2044 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | CARLOS A GONZALEZ ALVELO<br>PO BOX 19<br>VEGA ALTA, PR 00692 |
| AMERICAN EXPRESS TRS/LATIN AMERICAN DIV<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | ANNIE MAS Y JAVIER MAYSONET<br>BARRIO BRENA CARR 690<br>5 CALLE GANDU<br>VEGA BAJA, PR 00693 |
| ASUME<br>PO BOX 71442<br>SAN JUAN, PR 00936-8542 | AUT DE ENERGIA ELECTRICA<br>ATTN DIVISION DE QUIEBRAS<br>PO BOX 364267<br>SAN JUAN, PR 00936-4267 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CARLOS ROSADO ROSADO<br>PO BOX 74<br>BAYAMON, PR 00956 |
| CARMELO COLLAZO<br>HC 90 BOX 1420<br>VEGA ALTA, PR 00692 | CARMEN M FEBO RODRIGUEZ<br>RES FRANCISCO VEGA SANCHEZ<br>EDIF 16 APT 34<br>VEGA ALTA, PR 00692 |
| DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | EL SEMAFORO AUTO PARTS<br>P-287 AVE RAMON RIOS<br>BO SABANA SECA<br>SABANA SECA, PR 00952-4244 |
| GARAGE TORRES<br>CARRETERA 680<br>ALMIRANTE SUR<br>VEGA BAJA, PR 00693 | IRS<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 |
| JL AUTO PARTS<br>PMB 347 PO BOX 4002<br>VEGA ALTA, PR 00692-4002 | LUZ M ADORNO ROSA<br>COM LA PONDEROSA<br>J 276 CALLE 8<br>VEGA ALTA, PR 00692 |
| MAX RECOVERY TRUST I SECCESSOR<br>FINGERHUT RECEIVABLES INC<br>PO BOX 10228<br>NEWARK, NJ 07193-0228 | MELISA ROMAN VAZQUEZ<br>3 CALLE GIBOYEAUX<br>VEGA ALTA, PR 00692 |

| | |
|---|---|
| TECNI PIEZAS K-NO<br>BARRIO BRENA<br>CARR 693 KM 14 7<br>VEGA ALTA, PR  00692 | THOMAS MEDINA<br>URB SIERRA BAYAMON<br>PO BOX 36<br>BAYAMON, PR  00956 |
| WANDA MARTINEZ<br>H-72 PASEO CARIBE #10<br>DORADO, PR  00646 | |

DATED:  August 24, 2010        MARAYDA RIVERA
                               OFFICE OF THE CHAPTER 13 TRUSTEE